# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $58,375.00 IN U.S. CURRENCY, | NO. CV 18-05288-PA (Ex) <br><br><br> PARTIAL CONSENT JUDGMENT <br> OF FORFEITURE |
| JONTE MARSHALL and TERRELL NEWMAN, <br><br> Claimants. | |

Plaintiff, the United States of America, and Claimant, Terrell Newman ("Claimant Newman") have made a stipulated request for the entry of this Consent Judgment, resolving this action with respect to $43,530.00 of the defendant $58,375.00 in U.S. currency.

| | |
|---|---|
| 1 | The Court having considered the stipulation and request of the parties and, good |
| 2 | cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES: |

1. This Court has jurisdiction over Plaintiff United States of America, Claimant Newman and the subject matter of this action.

2. This partial consent judgment applies to only the $43,530.00 of the defendant $58,375.00 in U.S. currency.

3. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to $43,530.00 of the defendant $58,375.00 in U.S. currency other than Claimant Newman are deemed to have admitted the allegations of the Complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant Newman, nor should this consent judgment of forfeiture be admitted in any criminal proceeding against Claimant Newman to prove any of the facts relied upon to establish reasonable cause for the seizure of $43,530.00 of the defendant, $58,375.00 in U.S. currency. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture as to $43,530.00 of the defendant $58,375.00 in U.S. currency.

4. $4,353.00 of $43,530.00 of the defendant $58,375.00 in U.S. currency without interest, shall be returned to Claimant Newman through his counsel. The United States Marshals Service shall release said funds by wire transfer to Claimant Newman's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Claimant Newman and his attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

5. The government shall have judgment as to the remaining $39,177.00 of the $43,530.00 of the defendant currency, as well as all interest earned on the entirety of the $43,530.00 of the defendant $58,375.00 in U.S. currency since seizure, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said funds in accordance with law.

6. The parties further stipulate and agree there was reasonable cause for the seizure of $43,530.00 of the defendant currency and the institution of this action. The consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to $43,530.00 of the defendant currency.

7. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of $43,530.00 the defendant currency.

IT IS SO ORDERED.

Dated: October 29, 2018

THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: October 29, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America