JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CV 18-05288-PA (Ex) |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $58,375.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JONTE MARSHALL, | |
| Claimant. | |

Plaintiff the United States of America ("the government" or "the United States"), and Claimant Jonte Marshall ("Claimant Marshall") have made a stipulated request for the entry of this Consent Judgment of Forfeiture, resolving this action.

The Court having considered the stipulation and request of the parties and, good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over Plaintiff United States of America, Claimant Marshall and the subject matter of this action.

2. On October 29, 2018, a consent judgment of forfeiture was filed to resolve all issues as to the $43,530.00 of the defendant $58,375.00 in U.S. Currency claimed by former claimant Terrell Newman. (Dkt. 26.)

3. This consent judgment of forfeiture applies to the remaining $14,845.00 (the "Marshall- claimed defendant currency") of the defendant $58,375.00 in U.S. Currency claimed by Claimant Marshall.

4. The government has given and published notice of this action as required by law, including Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to the Marshall-claimed defendant currency other than Claimant Marshall are deemed to have admitted the allegations of the Complaint. Nothing in this consent judgment of forfeiture is intended or should be interpreted as an admission of wrongdoing by Claimant Marshall, nor should this consent judgment of forfeiture be admitted in any criminal proceeding against Claimant Marshall to prove any of the facts relied upon to establish reasonable cause for the seizure of the Marshall-claimed defendant currency. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture as to the Marshall-claimed defendant currency.

5. $7,422.50 of the Marshall-claimed defendant currency, without interest, shall be returned to Claimant Marshall through his counsel. The United States Marshals Service shall release said funds by wire transfer to Claimant Marshall's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Claimant Marshall and his attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall

make the transfer within 60 days of the entry of this consent judgment of forfeiture or the government's receipt of the necessary information, whichever is later.

6. The government shall have judgment as to the remaining $7,422.50 of the Marshall-claimed defendant currency, together with the interest earned since seizure on the Marshall-claimed defendant currency, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said funds in accordance with law.

7. The parties further stipulate and agree there was reasonable cause for the seizure of the Marshall-claimed defendant currency and the institution of this action. This consent judgment of forfeiture shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of any portion of the Marshall-claimed defendant currency.

DATED: December 06, 2018

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/
_____
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3